CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 07 2017

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 4:15-cr-00016-1 |
| v. | ORDER |
| GORDON LAWRENCE PENN,<br>Petitioner. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that the conditionally filed motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED without prejudice**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 7th day of November, 2017.

/s/ Jackson L. Kiser
Senior United States District Judge